May Term,
1848.

BURSON
v.
EDWARDS.

BURSON *v.* EDWARDS.—On appeal.

SLANDER.   Plea, not guilty.   Verdict and judgment for plaintiff.

The Court instructed the jury, *inter alia*, as follows: "The facts of uttering the slanderous words at divers times show malice, and ought to be taken in view by the jury in aggravation of damages."

*Held*, that this was wrong.   Evidence of the repetition of the slander is admissible to prove the alleged malice, but not to aggravate the damages. *Forbes* v. *Myers*, 8 Blackf. 74.—*Lanter* v. *Ewen*, Nov. term, 1847.

The judgment is reversed with costs.   Cause remanded, &c.